

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| REGINALD BREW, | § | |
| | | No. 08-15-00105-CR |
| Appellant | § | |
| | | Appeal from the |
| v. | § | |
| | | 272nd District Court |
| THE STATE OF TEXAS, | § | |
| | | of Brazos County, Texas |
| Appellee. | § | |
| | | (TC# 13-01423-CRF-272) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal  We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MAY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.